THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* EARL JOSEPH YOKER, Appellant.

Argued March 8, 1951; decided April 12, 1951.

*Edmund Clynes* for appellant.

*Clarence J. Henry, District Attorney (Nicholas P. Varlan* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.